1    William Turley (SBN: 122408)
     bturley@turleylawfirm.com
2    David Mara (SBN: 230498)
     dmara@turleylawfirm.com
3    The Turley Law Firm, APLC
     7428 Trade Street
4    San Diego, CA 92121
     Telephone:    (619) 234-2833
5    Facsimile:    (619) 234-4048

6    Attorneys for Plaintiff
     GARLAND PARKER

7
     Fraser A. McAlpine (SBN: 248554)
8    Fraser.mcalpine@jacksonlewis.com
     Nicole E. Forde (SBN: 289567)
9    Nicole.forde@jacksonlewis.com
     JACKSON LEWIS, P.C.
10   50 California Street, 9th Floor
     San Francisco, CA 94104
11   Telephone:    (415) 394-9400
     Facsimile:    (415) 394-9401

12
     Attorneys for Defendant
13   SELLAND AUTO TRANSPORT, INC.

14
                        UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO DIVISION
17

18
     GARLAND PARKER, on behalf of himself, all      Case No. 3:15-cv-05635-ECM   EMC
19   others similarly situated, and on behalf of the
     general public,                                Assigned to The Honorable Edward M. Chen
20
                        Plaintiff,                  STIPULATION REQUESTING
21                                                  CONTINUANCE OF CASE
            v.                                      MANAGEMENT CONFERENCE,
22                                                  EXTENSION OF CURRENT DEADLINE
     SELLAND AUTO TRANSPORT, INC., and              TO CONDUCT THE PARTIES' RULE
23   DOES 1-100, inclusive,                         26(F) CONFERENCE AND TO FILE THE
                                                    CASE MANAGEMENT STATEMENT
24                      Defendants.

25                                                  Complaint filed November 3, 2015

26

27

28   STIPULATION REQUESTING CONTINUANCE OF CASE
     MANAGEMENT CONFERENCE, EXTENSION OF CURRENT
     DEADLINE TO CONDUCT 26(f) CONFERENCE AND TO
     FILE CASE MANAGEMENT STATEMENT                          CASE NO. 3:15-cv-05635-ECM

**THIS STIPULATION** is hereby entered into by and between Plaintiff Garland Parker and Defendant Selland Auto Transport, Inc. ("Selland"):

## RECITALS

**WHEREAS,** the Court issued an Order on February 11, 2016 requiring the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint case management statement by March 3, 2016 (dkt. 14);

**WHEREAS,** the parties communicated on several occasions throughout February 2016, eventually agreeing on February 29, 2016 to pursue early mediation;

**WHEREAS,** the parties are currently working together to find a mutually agreeable date to go to mediation, according to the mediator's availability;

**WHEREAS,** the mediator is currently setting mediation dates in June and July of 2016;

**WHEREAS,** the parties do not seek this continuance for purposes of delay, but, rather, to seek a potential early resolution of the claims asserted;

**NOW, THEREFORE**, the parties hereby stipulate to, and request that the Court order, that the Case Management Conference set for March 10, 2016 at 9:30a.m. in Courtroom 5, the parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and their deadline to file a joint case management statement shall be extended at least four months, to July 7, 2016.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

STIPULATION REQUESTING CONTINUANCE OF CASE
MANAGEMENT CONFERENCE, EXTENSION OF CURRENT
DEADLINE TO CONDUCT 26(f) CONFERENCE AND TO
FILE CASE MANAGEMENT STATEMENT                    CASE NO. 3:15-cv-05635-ECM

1

2    Dated: March 3, 2016                    **THE TURLEY LAW FIRM, APLC**

3

4                                       By:    */s/ William Turley*
                                                   William Turley
5

6

7    Dated: March 3, 2016                    **JACKSON LEWIS, P.C.**

8

                                        By:    */s/ Fraser A. McAlpine* (authorized on March 2, 2016)
9                                                  Fraser A. McAlpine

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION REQUESTING CONTINUANCE OF CASE
     MANAGEMENT CONFERENCE, EXTENSION OF CURRENT
     DEADLINE TO CONDUCT 26(f) CONFERENCE AND TO
     FILE CASE MANAGEMENT STATEMENT                    CASE NO. 3:15-cv-05635-ECM

1

**[PROPOSED] ORDER**

2        Having considered the Joint Stipulation submitted by the parties, and for good cause

3    appearing therefore, **IT IS SO ORDERED** that the Case Management Conference is continued until

4    _____7/21_____, 2016 at ____9:30____ a.m./p.m. The parties shall meet and confer

5    pursuant to Federal Rule of Civil Procedure 26(f) and file their joint case management statement

6    seven days before the scheduled Case Management Conference.

7

8    Dated: _____3/6/2016_____

9                                                          Honorable Edward M. Chen
                                                           United States District Court
10                                                         Northern District

11                                                         IT IS SO ORDERED
                                                           AS MODIFIED
12
                                                           Judge Edward M. Chen
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION REQUESTING CONTINUANCE OF CASE
     MANAGEMENT CONFERENCE, EXTENSION OF CURRENT
     DEADLINE TO CONDUCT 26(f) CONFERENCE AND TO
     FILE CASE MANAGEMENT STATEMENT                    CASE NO. 3:15-cv-05635-ECM

| | |
|---|---|
| 1 | *Case Name:*      **Garland Parker v. Selland Auto Transport, Inc., et al.**<br>*Court:*          **Northern District of California** |
| 2 | *Case Number:*    **3:15-CV-05635** |

### PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of: San Diego, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 7428 Trade Street San Diego, CA 92121

On March 3, 2016, I served the foregoing document(s) described as:

**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE, EXTENSION OF CURRENT DEADLINE TO CONDUCT THE PARTIES' RULE 26(F) CONFERENCE AND TO FILE THE CASE MANAGEMENT STATEMENT**

On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Selyn Hong | Fraser Angus McAlpine |
| Francis J. Ortman, III | Nicole Elizabeth Forde |
| Kerry McCoy Friedrichs | Jackson Lewis P.C. |
| Seyfarth Shaw LLP | 50 California Street |
| 560 Mission Street, Suite 3100 | 9th Floor |
| San Francisco, CA 94105 | San Francisco, CA 94111-4615 |

**[XX] VIA CM/ECF ELECTRONIC FILING SYSTEM:** On, March 3, 2016, I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court of the Northern District of California and concurrently caused the above-entitled document(s) to be sent to the recipients listed above pursuant to the Service list maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

**[XX] (DECLARATION)** I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Dated: March 3, 2016

_____
Scott Kim

PAGE 1 OF 1
