UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
|    GARLAND PARKER   , <br> Plaintiff(s), <br><br> v. <br><br> SELLAND AUTO TRANSPORT, INC.   , <br> Defendant(s). <br> _____/ | CASE NO. 3:15-CV-05635-EMC <br><br> STIPULATION AND [PR~~OPO~~SED] <br> ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* The parties are seeking confirmation of availability for private mediation with Michael Dickstein

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline   July 2016

Dated: 3-1-16

_____
The Turley Law Firm, APLC
William Turley, Esq.
Dave Mara, Esq.
Attorneys for Plaintiff

Dated: 3-1-16

_____
JACKSON LEWIS P.C.
Fraser A. McAlpine, Esq.
Nicole E. Forde, Esq.
Attorney for Defendant

[~~PROPOSED~~] ORDER

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

7/7/2016

Dated: 3/7/2016



_____ JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

| | |
|---|---|
| Case Name: | Garland Parker v. Selland Auto Transport, Inc., et al. |
| Court: | Northern District of California |
| Case Number: | 3:15-CV-05635 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of: San Diego, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 7428 Trade Street San Diego, CA 92121

On March 1, 2016, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Selyn Hong | Fraser Angus McAlpine |
| Francis J. Ortman, III | Nicole Elizabeth Forde |
| Kerry McCoy Friedrichs | Jackson Lewis P.C. |
| Seyfarth Shaw LLP | 50 California Street |
| 560 Mission Street, Suite 3100 | 9th Floor |
| San Francisco, CA 94105 | San Francisco, CA 94111-4615 |

**[XX] VIA CM/ECF ELECTRONIC FILING SYSTEM:** On, March 1, 2016, I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court of the Nothern District of California and concurrently caused the above-entitled document(s) to be sent to the recipients listed above pursuant to the Service list maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

**[XX] (DECLARATION)** I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Dated: March 1, 2016

*/s/ Scott Kim*
Scott Kim