WILLIAM TURLEY (State Bar no. 122408)
DAVID MARA (State Bar No. 230498)
JAMIE SERB (State Bar No. 289601)
THE TURLEY LAW FIRM, APLC
7428 Trade Street
San Diego, CA 92121
Telephone:    619.234.2833
Facsimile:    619.234.4048
Email:    bturley@turleylawfirm.com
          dmara@turleylawfirm.com
          jserb@turleylawfirm.com

Attorneys for Plaintiff
GARLAND PARKER

FRASER A. McALPINE (State Bar No. 248554)
NICOLE E. FORDE (State Bar No. 289567)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone    415.394.9400
Facsimile:    415.394.9401
Email:    Fraser.McAlpine@jacksonlewis.com
          Nicole.Forde@jacksonlewis.com

Attorneys for Defendant
SELLAND AUTO TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND PARKER, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SELLAND AUTO TRANSPORT, INC., and DOES 1-100,<br><br>Defendants. | Case No. 3:15-cv-05635-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND**<br><br><br>Complaint Filed:    November 3, 2015<br>Removal Filed:    December 9, 2015<br>Trial Date:    None Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF

1

STIPULATION AND [PROPOSED] ORDER TO REMAND    Case No. 3:15-cv-05635-EMC

RECORD;

PLEASE TAKE NOTICE that Plaintiff Garland Parker and Defendant Selland Auto Transport, Inc., hereby stipulate that this civil action shall be remanded to the Alameda County Superior Court. The parties shall bear their own costs and expenses.

Dated: July 19, 2016  JACKSON LEWIS P.C.

By: */s/ Fraser A. McAlpine*
Fraser A. McAlpine
Nicole E. Forde
Attorneys for Defendant
SELLAND AUTO TRANSPORT, INC.

Dated: July 19, 2016  THE TURLEY LAW FIRM

By: */s/ William Turley*
William Turley
David Mara
Jamie Serb
Attorneys for Plaintiff
GARLAND PARKER

**ORDER**

Pursuant to the stipulation of the Parties, the Court hereby remands this case to the Alameda County Superior Court. The parties shall bear their own costs and expenses. ```The Clerk of the Court is directed to close this case.```

Dated: July 19, 2016

_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4835-3466-1429, v. 1